UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| IN RE:<br><br>Sherry Thames-Morris;<br><br>      Debtor(s). | Chapter   13<br><br>Case No.   18-40985<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

    PLEASE TAKE NOTICE that the firm DAVIDSON FINK LLP is appearing for the following party in the above named bankruptcy case:

ASTORIA BANK

This party is a party in interest in this case and is a secured creditor of the Debtor(s):

Sherry Thames-Morris;

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: March 7, 2018

                        DAVIDSON FINK LLP
                        Attorneys for Secured Creditor

         By:    /s/ SCOTT A. SYDELNIK, ESQ.

                        SCOTT A. SYDELNIK, ESQ.
                        28 EAST MAIN STREET, SUITE 1700
                        ROCHESTER, NY 14614