```
                           United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                              Case No. 18-40985-cec
Sherry Thames-Morris                                                Chapter 13
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: jlecky              Page 1 of 1              Date Rcvd: Apr 20, 2018
                              Form ID: 227              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2018.
```
db             +Sherry Thames-Morris,    601 East 19th Street,    Apartment 1A,    Brooklyn, NY 11226-7338
9211604        +ASTORIA BANK,    c/o Davidson Fink LLP,    28 East Main Street,    Suite 1700,
                 Rochester, NY 14614-1918
9201509        +Astoria Federal Savings,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
9201510        +First Services Residential,    622 3rd Avenue, 15th FL,    New York, NY 10017-6710
9201511        +Hampshire Arms Owners Corp,    First Svc Residential c/oGeneral Counsel,
                 622 THIRD AVENUE, 14TH FLOOR,    New York, NY 10017-6934
9201512        +Marshall's office,    1517 Voorhies Ave, STE 3R,    Regarding: 087390/17,
                 Brooklyn, NY 11235-3970
9201513        +Vadim Barbarovich,    2168 East 21st St,    Regarding: 87390/17,    Brooklyn, NY 11229-3608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: Macconoticing@maccosternlaw.com Apr 20 2018 18:29:59      Michael J. Macco,
                 2950 Express Drive South,    Suite 109,    Islandia, NY 11749-1412
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 20 2018 18:29:16
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9243616        +EDI: MID8.COM Apr 20 2018 22:34:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
9248205        +EDI: MID8.COM Apr 20 2018 22:34:00      Midland Funding, LLC,    Midland Credit Management, Inc.,
                 as agent for Midland Funding, LLC,    PO Box 2011,    Warren, MI 48090-2011
9222643         EDI: PRA.COM Apr 20 2018 22:33:00      Portfolio Recovery Associates, LLC,    c/o TJX,
                 POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2018 at the address(es) listed below:
```
              Michael J. Macco    ecf@maccosternlaw.com, jzarrilli@maccosternlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Ronald S Cook    on behalf of Debtor Sherry  Thames-Morris ron@libankruptcyattorney.com,
               carolyn@libankruptcyattorney.com
              Scott A Sydelnik    on behalf of Creditor   Astoria Bank ssydelnik@davidsonfink.com,
               ldeanda@davidsonfink.com;caugino@davidsonfink.com
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Sherry Thames−Morris** | Social Security number or ITIN **xxx−xx−2303** |
| First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter **13   2/23/18** |
| Case number:  **1−18−40985−cec** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on February 23, 2018, and an order having been signed by the Honorable Carla E. Craig, United States Bankruptcy Judge, on April 19, 2018 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: April 20, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]